**Order entered November 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01225-CV

## IN RE SUNOCO RETAIL LLC AND DERRICK RAY LEWIS, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18306**

### ORDER
Before Justices Myers, Nowell and Goldstein

Before the Court are relators' November 21, 2022 Motion for Rehearing and November 21, 2022 Second Emergency Motion for Temporary Relief. In their motion for temporary relief, relators ask the Court to stay the trial court's November 14, 2022 Order Granting Plaintiffs' Motion to Compel Settlement Amounts and Assess Costs Against Defendant Sunoco Retail, LLC pending resolution of relators' motion for rehearing.

We **GRANT** relators' second motion for temporary relief and **STAY** the trial court's November 14, 2022 order pending resolution of relators' motion for

rehearing.  Relators shall **FILE** the transcript of the November 14, 2022 hearing on plaintiff's motion to compel within **THIRTY DAYS** of the date of this order.


/s/    LANA MYERS
       JUSTICE